UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH L. KELLY, | ) | |
| | ) | CASE NO. C04-4073DEO |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | *JUDGMENT* |
| | ) | *IN A CIVIL CASE* |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY | ) | |
| Defendant. | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This cause is reversed and remanded to the Commissioner for computation and payment of benefits with an onset date of April, 2000.

DATED: January 26, 2006

<u>Pridgen J. Watkins - Clerk</u>

<u>S/src</u>
BY: Deputy Clerk